No. 76–587. GIBBONS, TRUSTEE v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–590. SHUEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–621. NOWICKI, DBA K & F FOOD MARKET v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–634. MANNING v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–657. NEWSPAPER GUILD v. BELL, ATTORNEY GENERAL. C. A. D. C. Cir. Certiorari denied.

No. 76–665. ERNEST v. CARTER, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–681. NATIONAL BANK OF NORTHERN NEW YORK, EXECUTOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–683. WESTERN UNION TELEGRAPH CO. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 76–687. CAMENISCH ET AL. v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–692. CAMPISI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–701. BRENNAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–707. SUMTER PLYWOOD CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.